UNITED STATES of America, Appellee, v.
WONG CHING HUN, Appellant.

UNITED STATES of America, Appellee, v.
WONG TOONG SUNG, also Known as Thomas Sen, Appellant.

UNITED STATES of America, Appellee, v.
SHING AH SHIN, Appellant.

UNITED STATES of America, Appellee, v.
CHONG AH SHING, Appellant.

Nos. 470–473.

Circuit Court of Appeals, Second Circuit.

June 27, 1933.

Louis Scadron, of New York City, for appellants.

George Z. Medalie, U. S. Atty., of New York City (Bronson Goddard, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgments affirmed on the authority of Mon Dot v. U. S. (C. C. A.) 16 F.(2d) 711; Wong Hop v. U. S. (C. C. A.) 35 F.(2d) 596.